# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER HESTER and JASON PLUNKETT, on behalf of themselves and all others similarly situated,<br><br>　　　　　　*Plaintiff*,<br>　　v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.,<br><br>　　　　　　*Defendant*. | No. 1:06-CV-00554 (RBW) |

## NOTICE OF FILING OF MOTION TO TRANSFER

Pursuant to Rule 5.12(c) of the Rules of the Judicial Panel on Multidistrict Litigation (the Panel), Defendant National Association of Securities Dealers, Inc., hereby notifies this Court of the filing of the attached Amended Motion for Transfer, which requests that the Panel transfer this action pursuant to 28 U.S.C. § 1407. Copies of the original transfer motion were filed with this Court in *Lowe v. NASD*, No. 1:06-CV-00280 (RBW), and *Wallin v. NASD*, No. 1:06-CV-00382 (EGS). The Panel has docketed these motions as MDL-1772, *In re Series 7 Broker Qualification Exam Scoring Litigation*.

Dated: March 29, 2006　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　_____/s/_____

　　　　　　　　　　　　　　　　　　　　　F. Joseph Warin
　　　　　　　　　　　　　　　　　　　　　William M. Jay
　　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　　1050 Connecticut Ave., N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　　　　(202) 955-8500

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant National Association of Securities Dealers, Inc.*