BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE SERIES 7 BROKER
QUALIFICATION EXAM
SCORING LITIGATION

MDL No. 1772

NASD'S AMENDED MOTION TO TRANSFER ACTIONS
FOR CONSOLIDATED PRETRIAL PROCEEDINGS

The National Association of Securities Dealers, Inc. ("NASD"), hereby amends its motion to transfer several interrelated actions, pursuant to 28 U.S.C. § 1407, for coordinated pretrial proceedings in the United States District Court for the Southern District of New York.[1] Previously, plaintiffs Andrew Crabbe and Linda Cutler filed a motion (docketed February 28, 2006, and amended March 14, 2006) to transfer five such cases to the Southern District. NASD moved to transfer these cases, plus an additional case, in a motion served March 13, 2006.

---

[1] Pursuant to Panel Rule 7.2(a), a list of actions that NASD seeks to transfer is attached to this Motion as "Amended Schedule 1." NASD also intends to designate any later filed federal actions not listed in Schedule 1 as potential "tag-along actions" pursuant to Panel Rules 7.4 and 7.5.

After these transfer motions were filed, several of the plaintiffs filed notices of voluntary dismissal and re-filed their lawsuits in the District of Columbia. A total of four related actions are now pending against NASD in the District of Columbia. The case previously pending in the Middle District of Tennessee has been voluntarily dismissed, and dismissal notices have been filed in three cases pending in the Southern District of New York (including *Crabbe* and *Cutler*). Two new, substantially similar complaints have recently been filed outside the District of Columbia, however: one in the Eastern District of Arkansas, filed March 24, 2006, by Skylar Jordan, and one in the Southern District of New York, filed March 27, 2006, by Gueorgui Ivanov. (NASD, which is named in both complaints, has not yet been served with either.) Copies of the re-filed and newly filed complaints are attached as Exhibits A through D.

In light of these events, NASD amends its motion to transfer; submits the attached Amended Schedule 1 of actions it seeks to transfer; and reiterates its request that the six actions be consolidated in and transferred to the Southern District of New York. The grounds in support of NASD's amended motion are set forth in the memorandum accompanying NASD's original response and motion to transfer.

Dated: March 29, 2006                         Respectfully submitted,

_____

OF COUNSEL:                                   F. Joseph Warin
John J. Flood                                 William M. Jay
NATIONAL ASSOCIATION OF                       GIBSON, DUNN & CRUTCHER LLP
SECURITIES DEALERS, INC.                      1050 Connecticut Avenue, N.W.
1735 K Street, N.W.                           Washington, D.C. 20036
Washington, D.C. 20036                        Telephone: (202) 955-8500
                                              Fax: (202) 467-0539

                                              *Attorneys for*
                                              *National Association of Securities Dealers, Inc.*

<u>Amended Schedule 1</u>

**SCHEDULE OF ACTIONS AFFECTED BY MOTION TO TRANSFER ACTIONS FOR COORDINATED PRETRIAL PROCEEDINGS**

Pursuant to Rule 7.2(a)(ii) of this Panel's Rules of Procedure, NASD provides the following information on the actions that will be affected by this Motion:

| **Complete Case Name** | **District Where Pending** | **Civil Action No.** | **Judge Assigned** |
|---|---|---|---|
| William Lowe, on behalf of himself and all others similarly situated, v. National Association of Securities Dealers and EDS Corporation | D.D.C. | 1:06-CV-280 | Hon. Reggie B. Walton |
| Timothy Wallin, on behalf of himself and all others similarly situated, v. National Association of Securities Dealers | D.D.C. | 1:06-CV-382 | Hon. Emmet G. Sullivan |
| Linda Cutler, on behalf of herself and all others similarly situated, v. National Association of Securities Dealers, Inc.* | D.D.C. | 1:06-CV-525 | Hon. Reggie B. Walton |
| Jennifer Hester and Jason Plunkett, on behalf of themselves and all others similarly situated, v. National Association of Securities Dealers, Inc.* | D.D.C. | 1:06-CV-554 | Hon. Reggie B. Walton |
| Skylar S. Jordan, on behalf of himself and all others similarly situated, v. National Association of Securities Dealers, Inc. | E.D. Ark. | 4:06-CV-366 | Hon. James M. Moody |
| Geuorgui Ivanov, on behalf of himself and all others similarly situated, v. National Association of Securities Dealers, Electronic Data Services Corporation and Thomson Prometric, Inc. | S.D.N.Y. | 1:06-CV-2388 | Unassigned |

---

\* Originally filed in S.D.N.Y.; voluntarily dismissed and re-filed as listed.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2006, I caused one copy of NASD's Amended Motion to Transfer to be served by UPS Next Day Air on each of the attorneys listed on the Panel's Attorney Service List and on each of the attorneys on the attached Service List. I also caused one copy of NASD's original Motion to Transfer and Memorandum in Support to be served on the attorneys on the attached Service List who were not required to be served with a copy when the original Motion was filed (counsel for Ivanov, Jordan, and Thomson Prometric, Inc.).

In accordance with Panel Rules 5.12(c) and 5.2(b), I further certify that I caused copies of the Motion to be filed with the clerk of each district court—namely, the District of Columbia, the Eastern District of Arkansas, and the Southern District of New York—in which any action affected by the motion is pending.

_____
William M. Jay

## SERVICE LIST

Stephen N. Berk, Esq.
Cuneo Gilbert & Laduca, LLP
507 C Street, NE
Washington, DC 20002

*Attorney for William Lowe, Linda Cutler,*
*Jennifer Hester, and Jason Plunkett*

Fred Fox, Esq.
Laurence King, Esq.
Donald Hall, Esq.
Kaplan Fox & Kilsheimer LLP
805 Third Ave., 22nd Floor
New York, NY 10022

*Attorneys for Geuorgui Ivanov*

Thomson Prometric, Inc.
Attention: General Counsel
1000 Lancaster Street
Baltimore, MD 21202

*Attorney for Thomson Prometric, Inc.*

Nancy M. Juda, Esq.
Lerach Coughlin Stoia Geller Rudman &
   Robbins LLP
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036

*Attorney for Timothy Wallin*

James P. Karen, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX  75201-1515

*Attorney for EDS Corp.*

Scott E. Poynter, Esq.
Emerson Poynter LLP
2228 Cottondale Lane, Suite 100
Little Rock, AR 72202

*Attorney for Skylar S. Jordan*